■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO LANE, Appellant. [51 NYS3d 459]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered June 23, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at suppression court. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ.